UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   15-CR-20761-DMM-1

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

**CHANGE OF PLEA MINUTES
AND DEFENDANT'S WAIVER
TO APPEAR BEFORE U.S.
DISTRICTJUDGE**

**ERNSO BORGELLA**
        Defendant.

_____/

On November 19, 2015 the above-named defendant appeared in person before the Honorable Barry L. Garber, United States Magistrate Judge, with Andre Pierre and Frank Gaviria counsel , and the said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count 1 of the Indictment.  After the defendant was duly sworn, the Court made inquiry as to guilt.   The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

(X)    Defendant waived his/her right to appear before an Article III U.S. District Court Judge and consented to appear before a U.S. Magistrate Judge.

(X)    The Court shall recommend to the U.S. District Court Judge that the defendant's plea shall be accepted.

(  )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing to 2/17/16 at 10:30 before Judge Donald Middlebrooks

_____

(  )    The defendant was allowed to remain on present bond until Sentencing.

(  )    The defendant was remanded to the custody of the U.S. Marshal until a $_____bond is posted.

(X )    The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

BARRY L. GARBER
**UNITED STATES MAGISTRATE JUDGE**

**AUSA signature:** _____

**Defense signature:** _____

**Court Reporter:** _____
**Time in court:** _____

**Defendant signature:** _____

**Courtroom Deputy:** Clement Hammond
**Language:**   English