

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 15-20761-Cr-DMM (DE116) |
| **DEFENDANT** US v. Ernso Borgella | **TYPE OF PROCESS** Preliminary Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
R/P 10609 NW 48th St., Coral Springs, FL
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
Fines, Penalties & Forfeitures - Miami, FL

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
AUSA Nalina Sombuntham
99 NE 4th Street, Suite 700
Miami, FL 33056

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)**

Please post and walk.
Agency file M113CR15M10131
SA Jeanne Ayo

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant
TELEPHONE NO. (305) 961-9224
DATE 9/26/16

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

---

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE 9/29/2016

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE | TIME OF SERVICE | |
|---|---|---|
| 10/4/2016 | 11:30 | ☑ AM ☐ PM |

SIGNATURE, TITLE AND TREASURY AGENCY
SA HSI

**REMARKS:** Posted Preliminary Order of Forfeiture on Front Door of Property. Encountered Individual Identified as Nicole Louis (GF of Defendant) Residing In Property. She was advised not to Remove Posting.

TD F 90-22.48 (6/96)