NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20761-CR-DMM

UNITED STATES OF AMERICA,

v.

ERNSO BORGELLA,

        Defendant.

_____ /

## RELEASE OF LIS PENDENS

**GRANTEE(S):** NICOLE LOUIS

**TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, that a Notice of Lis Pendens regarding real property located at 10609 N.W. 48th Street, Coral Springs, Florida, filed in proceedings before this Court, ECF No. 108, and recorded in Broward County Commission, Deputy Clerk at record 113661059, Page 1, giving notice of the pendency of a criminal action in the U.S. District Court for the Southern District of Florida entitled *United States of America v. Ernso Borgella,* Case No. 15-20761-Cr-DMM, is hereby **released and discharged**.

The real property, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, is more particularly described as:

>KENSINGTON 146-39 B POR PAR "D" DESC AS COMM NORTH MOST NW COR PAR "D", ELY, NLY 758.04, NE 90.84, SELY 20 TO POB, CONT SELY 90,NELY 45.51, NWLY 90.16, SWL 50 TO POB AKA:LOT 20 KENSINGTON-PARCEL D.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile:  (305) 530-6166
nalina.sombuntham2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2017, I electronically filed the foregoing *Release of Lis Pendens* with the Clerk of the Court using CM/ECF.

s/Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney

2